# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI GABAYZADEH,<br>    Plaintiff,<br><br>    v.<br><br>FERESHTEH KHODABAKSHKH,<br>et al.,<br>    Defendants. | CV 19-3865 DSF (PLAx)<br><br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 23, 2019

_____
Dale S. Fischer
United States District Judge